IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RODNEY WILLIAM LIGHTFOOT, )
)
   Plaintiff, )
)
v. )   Civil Action No. 3:22-cv-615–HEH
)
CLENT D. DAVIS, et al., )
)
   Defendants. )

**MEMORANDUM OPINION**
**(Dismissing Action Without Prejudice)**

By Memorandum Order entered on November 4, 2022 (ECF No. 9), the Court directed Plaintiff to pay an initial partial filing fee of $16.21 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action (ECF No. 1) will be dismissed without prejudice.

An appropriate Final Order shall accompany this Memorandum Opinion.

                                                              /s/
                                      Henry E. Hudson
Date: Feb. 16, 2023         Senior United States District Judge
Richmond, Virginia